JOSEPH FRENCKIEWICH *vs.* THOMAS H. DOWD.

Suffolk.    May 13, 1935. — May 14, 1935.

Present: RUGG, C.J., DONAHUE, LUMMUS, & QUA, JJ.

*Constitutional Law*, Trial by jury.

The seventh amendment to the Constitution of the United States does not apply to proceedings in State courts.

PETITION for a writ of mandamus, filed in the Supreme Judicial Court for the county of Suffolk on December 4, 1934, described in the opinion.

The case was heard by *Pierce*, J., who ordered the petition dismissed. The petitioner alleged an exception.

*J. A. Letourneau*, attorney in fact, for the petitioner, submitted a brief.

No argument nor brief for the respondent.

BY THE COURT. The petitioner, without conforming to the provisions of G. L. (Ter. Ed.) c. 231, § 104, in regard to claiming a jury trial, seeks by this petition for a writ of mandamus to compel the respondent to grant his motion (which was denied) to remove an action to the Superior Court for trial by jury on the single ground that the denial of his motion violated the Seventh Amendment to the Constitution of the United States. There is nothing in this contention. "The first ten amendments to the Federal Constitution contain no restrictions on the powers of the State, but were intended to operate solely on Federal Government." *Brown* v. *New Jersey*, 175 U. S. 172, 174. *Commonwealth* v. *Wilkins*, 243 Mass. 356, 361. *Commonwealth* v. *Gedzium*, 259 Mass. 453, 457. *Gaines* v. *Washington*, 277 U. S. 81, 85.

*Exceptions overruled.*